```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

United States of America

    v.                                  2:05-cr-141

Harry Wayne Valentine, Jr.

### ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 13) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Counts 1 and 2 of the indictment, and he is hereby adjudged guilty on those counts.

Date: May 29, 2007                      s\James L. Graham
                                              James L. Graham
                                              United States District Judge